NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BROCK MICHAEL TROUTMAN,                    )
                                           )
          Appellant/Cross-Appellee.        )
                                           )
v.                                         )          Case No.  2D17-1573
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee/Cross-Appellant.        )
_____    )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Pat Siracusa, Judge.

Rupak R. Shah of Escobar & Associates,
P.A., Tampa, for Appellant/Cross-Appellee.


Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Senior Assistant Attorney General, Tampa,
for Appellee/Cross-Appellant.


PER CURIAM.


          Affirmed.



CASANUEVA, MORRIS, and SALARIO , JJ., Concur.